UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT DALY, individually and on behalf of all similarly situated,** *   *   *   *   *   *   *   * |  |
| *Plaintiff,* | |
| v. | Case No.: 1:29-cv-1406 |
| **ERIE INSURANCE PROPERTY AND. CASUALTY COMPANY** | Judge Rudolph Contreras |
| *Defendant*. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT OF SCOT MORGASON IN SUPPORT OF ERIE INSURANCE PROPERTY AND CASUALTY COMPANY'S MOTION TO DISMISS COMPLAINT**

I, Scot Morgason, solemnly affirm under the penalties of perjury, based upon my knowledge, information, and belief, that the following statements are true:

1. I am over the age of 18 and am competent to testify to the matters stated herein.

2. I am Property Claims Examination Manager for Erie Insurance Exchange.

3. Erie Insurance Exchange provided coverage to MZ-DC Inc. d/b/a DC Pizza for the property located at 1103 19th Street NW, Washington, D.C. 20036 under Policy No. Q970777375 ("Policy"). A complete copy of the Policy is attached as Exhibit 1.

4. Erie Insurance Property and Casualty Company did not insure Robert Daly, and it did not issue the Policy. Exhibit 1, Policy Declarations. Erie Insurance Exchange alone issued the Policy to MZ-DC Inc. d/b/a DC Pizza.

July 5, 2020                                                    _/s/ Scot Morgason_
Date                                                                Scot Morgason

**EXHIBIT 2**