**NILES·BARTON&WILMER** LLP

*Trusted Legal Advisors Since 1838.*

**George E. Reede, Jr. • Partner**
**Direct Dial** (410) 783 - 6432
**Fax** (410) 783 - 6483
Email: gereede@nilesbarton.com
Admitted to practice in Maryland, Virginia, and the District of Columbia

September 8, 2020

<u>VIA ECF FILING</u>

The Honorable Rudolph Contreras
U.S. District Court, District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.  20001

   Re: Status Report
     *Robert Daly v. Erie Insurance Property and Casualty Company*
     <u>Case No.: 1:20-cv-01406</u>

Dear Judge Contreras:

 This will serve as Defendant's status report pursuant to this Court's Order of August 24, 2020.  On September 1, 2020, we contacted Plaintiff's counsel via email for input on this report, but we have received no response.

 Defendant's Motion to Dismiss is currently pending and unopposed.  That said, an Amended Motion for Transfer and Centralization is pending in the case styled *In re: Erie COVID-19 Business Interruption Protection Insurance Litigation*, United States Judicial Panel on Multidistrict Litigation, MDL No. 2969. This is one of the cases the movants seek to transfer to the Eastern District of Pennsylvania. To our knowledge, Plaintiff's counsel has taken no position on that motion.

The Honorable Rudolph Contreras
U.S. District Court for the D.C. Circuit
September 8, 2020
Page 2

_____

      We trust the Court will advise us if any further information is required.

                         Respectfully submitted,

                         */s/ George E. Reede, Jr.*
                         GEORGE E. REEDE, JR. (Bar No. 430462)
                         JESSICA E. PAK (Bar No. 1031546)
                         Niles, Barton & Wilmer, LLP
                         111 South Calvert Street, Suite 1400
                         Baltimore, MD   21202
                         (410) 783-6372 (Phone)
                         (410) 783-6497 (Fax)
                         jepak@nilesbarton.com
                         gereede@nilesbarton.com
                         *Attorneys for Defendant*

cc:    Michael A. Yoder, Esq. (Via ECF E-Mail - myoder@slocumblaw.com)
        Slocumb Law Firm, LLC