UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT DALY, individually and on behalf of all other similarly situated,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**ERIE INSURANCE PROPERTY AND CASUALTY COMPANY,** )<br>)<br>)<br>**Defendant.** ) | Case No.: 1:20-cv-01406 |

## RULE 41(a)(1) STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff in the above-referenced matter and pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure* dismisses this matter without prejudice as to Defendant Erie Insurance Property and Casualty Company.

On this 10th Day of September, 2020.

/s/ *Michael W. Slocumb*
**Michael W. Slocumb**
(Bar No. 988438)
SLOCUMB LAW FIRM, LLC
145 Magnolia Ave
Suite 201
Auburn, AL 36830
(334) 741-4110
*Counsel for Plaintiff*

/s/ *George E. Reede, Jr.*
**George E. Reede, Jr.**
(Bar No. 430462)
NILES, BARTON & WILMER, LLP
111 South Calvert Street
Suite 1400
Baltimore, MD 21202
(410) 783-6372
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all parties by electric mail, the CM/ECF system and/or by placing in the U.S. Mail, postage prepaid and properly addressed, on this the 10th Day of September, 2020:

**George E. Reede, Jr.**
**Jessica E. Pak**
NILES, BARTON & WILMER, LLP
111 South Calvert Street, Suite 1400
Baltimore, MD 21202
Ph: (410) 783-6372
Fax: (410) 783-6497
gereede@nilesbarton.com
jepak@nilesbarton.com
*Attorneys for Defendant*

                                               /s/ Michael W. Slocumb
                                               *Of Counsel*